IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

DEANN WALTER, )
5138 Dartmoor Place, )
Frederick, Maryland 21703, )
an individual, ) Case No.: 1:13-cv-02737-WDQ
 )
 )
Plaintiff, )
 )
v. )
 )
SINCLAIR REAL ESTATE, LLC, )
1005-1077 West Patrick Street, )
Frederick, Maryland 21702, )
a Maryland Limited Liability Company, ) "APPROVED"
 )
 ) 10/9/13
WEST FREIT CORP., ) Date
11 North Washington Street, Suite 700, )
Rockville, Maryland 20850, )
a Maryland Corporation, )
 ) William D. Quarles, Jr.
Defendants. ) United States District Judge
 )

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT SINCLAIR REAL ESTATE, LLC**

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses Defendant Sinclair Real Estate, LLC, from this action without prejudice, and each party shall bear its respective fees and costs.

Dated: October 8, 2013

Respectfully Submitted,

KU & MUSSMAN, P.A.
12550 Biscayne Blvd., Suite 406
Miami, Florida 33181
Tel: (305) 891-1322

1